```
                            FILED
                   CLERK, U.S DISTRICT COURT

                         JUL 2 2 2009

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY                         DEPUTY
```

Sens-0

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 09-1511 M |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| v. | ) | (Fed.R.Crim.P. 32.1(a)(6) |
|  | ) | 18 U.S.C. § 3143(a) |
| Ricardo Hernandez-Garcia, | ) | Allegations of Violations of Probation/Supervised Release Conditions) |
| Defendant. | ) |  |

On arrest warrant issued by the United States District Court for the **District of Arizona** involving alleged violations of conditions of probation/supervised release:

1.  The court finds that no condition or combination of conditions will reasonably assure:

    A.  (✓) the appearance of defendant as required; and/or

    B.  (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

  A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

  _____
  _____
  _____
  _____
  _____

  B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: illegal immigration status, history of failure to comply with term of court-ordered release
  _____
  _____

IT IS ORDERED that defendant be detained.

DATED: 7/22/09

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge